JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| (PC) CURTIS ROWE,<br><br>Plaintiff(s)/Petitioner(s),<br>v.<br><br>GOMEZ, et al.,<br><br>Defendant(s)/Respondent(s). | CASE NUMBER<br><br>2:24-CV-10257-JWH-RAO<br><br>ORDER OF DISMISSAL OR REMAND |

**The Court previously received from** ☐ Plaintiff(s)/Petitioner(s) ☐ Defendant(s)/Respondent(s):

☐ an IFP Request with no accompanying Complaint/Petition/Notice of Removal.

☒ a Complaint/Petition/Notice of Removal with an accompanying IFP Request but no certified copy of trust fund statement for last six months.

☐ a Complaint/Petition/Notice of Removal with a partial filing fee payment for an amount less than the full fee.

The Court sent a warning letter to ☒ Plaintiff(s)/Petitioner(s) ☐ Defendant(s)/Respondent(s) advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal or remand of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected.

Accordingly, this case is HEREBY ORDERED

☒ DISMISSED without prejudice.

☐ REMANDED to the _____.

Dated: January 27, 2025

_____
United States District Judge